**Order entered June 24, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00821-CR

**TIMOTHY JAMES TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80945-2012**

## ORDER

The Court **REINSTATES** the appeal.

On May 19, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the trial court's findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Pam Lakatos; (3) counsel's explanation for the delay in filing appellant's brief is health issues and a personal issues; and (4) counsel indicated she needed three weeks from the June 8, 2015 findings to file appellant's brief.

We **ORDER** appellant to file his brief by **JULY 13, 2015**.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/     LANA MYERS
        JUSTICE